

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8280

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Jesus Alejo MURILLO-Garcia | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about March 31, 2008, within the Southern District of California, defendant Jesus Alejo MURILLO-Garcia did knowingly and intentionally import approximately 342.48 kilograms (753.45 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                      Special Agent
                                      U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1ST DAY OF APRIL 2008.

                                      PETER C. LEWIS
                                      UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jesus Alejo MURILLO-Garcia

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Joe Morquecho.

On March 31, 2008, at approximately 1906 hours, Jesus Alejo MURILLO-Garcia entered the United States at the Calexico, CA, East Port of Entry. MURILLO was the sole occupant of a 1994 Freightliner that was hauling a trailer.

MURILLO gave a negative Customs declaration to Customs and Border Protection Officer (CBPO) Roberts. Officer Roberts noted that the vehicle had been randomly selected for inspection and referred the tractor and trailer to secondary inspection.

In the vehicle secondary inspection area, the tractor and trailer were X-Rayed and officers noted anomalies in the trailer. The tractor and trailer were sent to the secondary dock. Officer Robinson requested that CBP Canine Enforcement Officer (CEO) McGee swept the vehicle with his assigned Narcotic Detector Dog (NDD). After inspecting the vehicle, CEO McGee informed Officer Robinson of his NDD's alert to the trailer. MURILLO was escorted to the vehicle secondary office. A subsequent inspection of the trailer revealed 69 packages, which were discovered in cement, blocks in the trailer. One of the packages was probed and field-tested positive for marijuana. The 69 packages had a combined net weight of approximately 342.48 kilograms (753.45 pounds) of marijuana.

MURILLO was advised of his rights per Miranda. MURILLO stated he understood his rights and was willing to answer questions without the presence of an attorney. MURILLO stated to Special Agent Morquecho that he had been sent to pick up a trailer and transport it to the Canoga Park. MURILLO stated he had inspected the trailer before entering the United States.