# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2008 APR -8 P 3: 06

UNITED STATES OF AMERICA )   CASE NUMBER  08 mJ 8280

vs )   ABSTRACT OF ORDER

)   Booking No. _____

Jesus Alejo Murillo-Garcia )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  04/08/08

the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✓__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. Gov't motn to dismiss

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.  Clerk
by
          Sura Alvarez Romero
          Deputy Clerk

Received_____
      DUSM

Crim-9   (Rev 6-95)                    ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY