FILED
APR - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. **08MJ8280** |
|---|---|---|
| Plaintiff, | ) | MOTION AND ORDER TO DISMISS |
| v. | ) | COMPLAINT WITHOUT PREJUDICE |
| Jesus Alejo MURILLO-Garcia | ) | |
| Defendant. | ) | |

### MOTION TO DISMISS

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U. S. Attorney, Caleb Mason, and hereby moves to dismiss, without prejudice, the complaint against the above named defendant in the interest of justice for further investigation.

### ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the above entitled complaint charging importation of a controlled substance (Felony), in violation of Title 21, United States Code, Sections 952 and 960, filed April 1, 2008, before Magistrate Judge Peter C. Lewis, be dismissed, without prejudice, as to the above named defendant.

1  IT IS FURTHER ORDERED that bond be exonerated, if bond posted
2  or defendant be released if in custody.
3  IT IS FURTHER ORDERED that the preliminary hearing date of
4  April 15, 2008, be vacated as to defendant.

6  DATED:   April 8, 2008   .

_____
PETER C. LEWIS
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

_____
CALEB MASON
Assistant U. S. Attorney